```
                           United States Bankruptcy Court
                              District of South Dakota

In re:                                                     Case No. 11-40145
George Bagdasarov                                          Chapter 7
Lyudmila Yasaman Bagdasarov
        Debtors                 CERTIFICATE OF NOTICE
District/off: 0869-4        User: mnels              Page 1 of 2            Date Rcvd: Mar 17, 2011
                            Form ID: b9a             Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 19, 2011.
db/db     +George Bagdasarov,   Lyudmila Yasaman Bagdasarov,   900 E. 5th St.,   Sioux Falls, SD 57103-0820
aty       +Jeff G. Giebink,   809 West 10th Street,   Suite A,   Sioux Falls, SD 57104-3583
1048828    AAA Collections, Inc,   PO Box 881,   Sioux Falls, SD  57101-0881
1048829    ACS,   PO Box 7051,   Utica, NY 13504-7051
1048830   +Acucare Physcial Therapy LTD,   1700 S. Minnesota Ave.,   Sioux Falls, SD 57105-1723
1048832    Avera McKennan Hospital,   800 E. 21st St.,   PO Box 5045,   Sioux Falls, SD  57117-5045
1048833   +Back Specialist of the Midwest,   2333 W. 57th St.,   Sioux Falls, SD 57108-5053
1048835    Boris Volinsky,   304 N. Six Mile Rd.,   Sioux Falls, SD  57110-6262
1048836   +Boxcars,   1400 E. 10th St.,   Sioux Falls, SD 57103-1720
1048838   +Convenient Finance,   119 S. Main Ave.,   Sioux Falls, SD 57104-6409
1048839    Diversified Collection Services Inc,   PO Box 9054,   Pleasanton, CA  94566-9054
1048842   +Gentry Finance,   1026 N. Minnesota Ave.,   Sioux Falls, SD 57104-2431
1048845    HSBC Direct Merchants Bank,   Cardmember Services,   PO Box 5894,   Carol Stream, IL  60197-5894
1048843    Home Federal Bank,   PO Box 5000,   Sioux Falls, SD  57117-5000
1048847    Judith R. Peterson, MD PC,   3270 Folkways Blvd, Ste 101,   Lincoln, NE  68504-1264
1048849   +Loan Factory,   2204 S. Minnesota Ave.,   Sioux Falls, SD 57105-3732
1048852   +Medical X-Ray Center,   1417 S. Minnesota Ave.,   Sioux Falls, SD 57105-1783
1048853   +Midwest Credits Inc,   PO Box 1088,   Aberdeen, SD 57402-1088
1048854   +Minnehaha County States Attorney,   415 N. Dakota Ave.,   Sioux Falls, SD 57104-2412
1048855   +Minnehaha County Treasurer,   415 N. Dakota Ave.,   Sioux Falls, SD 57104-2412
1048856   +Nationwide Credit, Inc.,   PO Box 26314,   Lehigh Valley, PA 18002-6314
1048857   +Orthopedic Consultants,   2908 East 26th St.,   Sioux Falls, SD 57103-4089
1048858   +Orthopedic Institute,   810 E. 23rd St.,   Sioux Falls, SD 57105-2135
1048859    Real Time Resolutions,   1750 Regal Row, Suite 120,   Dallas, TX  75235-2287
1048860    Sanford Health,   PO Box 5074,   Sioux Falls, SD  57117-5074
1048863   +Sioux Falls Imaging,   600 S. Cliff Ave., Ste 106,   Sioux Falls, SD 57104-5355
1048864   +Sioux Falls Surgical Center, L.L.P.,   600 S. Cliff Avneue Ste. 106,   Sioux Falls, SD 57104-5355
1048865   +Sioux Falls Surgical Hospital,   Open Upright MRI of South Dakota,   716 E. 19th Street,
            Sioux Falls, SD 57105-0904
1048866   +Sioux Falls Surgical Hospital LLP,   910 East 20th Street,   Sioux Falls SD 57105-1079
1048867   +SoDak Rehab,   5023 S. Bur Oak Place,   Sioux Falls, SD 57108-2228
1048868   +South Dakota Housing Authority,   PO Box 1237,   Pierre, SD 57501-1237
1048869    Stephanie C. Bengford,   Assistant U.S. Attorney,   PO Box 2638,   Sioux Falls, SD  57101-2638
1048870    Torrey D. Sundall,   PO Box 881,   Sioux Falls, SD  57101-0881
1048872    Yuliya Seredina,   304 N. Six Mile Rd.,   Sioux Falls, SD  57110-6262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr         EDI: BLAPIERCE.COM Mar 17 2011 20:38:00     Lee Ann Pierce,   Trustee,   PO Box 524,
            Brookings, SD  57006-0524
ust        E-mail/Text: ustpregion12.sx.ecf@usdoj.gov Mar 17 2011 20:33:58     Bruce J. Gering,
            314 South Main Avenue, Suite 303,   Sioux Falls, SD  57104-6462
1048831   +E-mail/Text: jdeno.fands@midconetwork.com Mar 17 2011 20:33:59     Anesthesiology Associates Inc.,
            1100 E. 26th St.,   Sioux Falls, SD 57105-4046
1048834    EDI: BANKAMER2.COM Mar 17 2011 20:38:00     Bank of America,   PO Box 15028,
            Wilmington, DE  19850-5028
1048837    EDI: CHASE.COM Mar 17 2011 20:38:00     Chase,   PO Box 15298,   Wilmington, DE  19850-5298
1048840    EDI: AMINFOFP.COM Mar 17 2011 20:38:00     First Premier Bank,   PO Box 1348,
            Sioux Falls, SD  57101-1348
1048841   +EDI: RMSC.COM Mar 17 2011 20:38:00     GE Money Bank,   Attn: Bankruptcy Dept.,   PO Box 103104,
            Roswell, GA 30076-9104
1048846    EDI: IRS.COM Mar 17 2011 20:38:00     INTERNAL REVENUE SERVICE,   PO Box 7346,
            Philadelphia, PA  19101-7346
1048848    EDI: TSYS2.COM Mar 17 2011 20:38:00     Juniper / Barclays Bank,   Card Services,   PO Box 8802,
            Wilmington, DE  19899-8802
1048850   +EDI: TSYS2.COM Mar 17 2011 20:38:00     Macy's,   Bankruptcy Processing,   PO Box 8053,
            Mason, OH 45040-8053
1048851    Fax: 605-322-4910 Mar 17 2011 20:54:57     McGreevy Clinic Avera,   PO Box 86430,
            Sioux Falls, SD  57118-6430
1048844    EDI: HFC.COM Mar 17 2011 20:38:00     Reward Zone Program Mastercard,   PO Box 80045,
            Salinas, CA  93912-0045
1048861    E-mail/PDF: SLEBN@sanfordhealth.org Mar 17 2011 23:15:31     Sanford Laboratories,   PO Box 5056,
            Sioux Falls, SD  57117-5056
1048862    EDI: SEARS.COM Mar 17 2011 20:38:00     Sears / CBSD,   PO Box 6282,
            Sioux Falls, SD  57117-6282
1048871    EDI: HFC.COM Mar 17 2011 20:38:00     Younkers,   Retail Services,   PO Box 15521,
            Wilmington, DE  19850-5521
                                                                                              TOTAL: 15
```

```
District/off: 0869-4          User: mnels               Page 2 of 2              Date Rcvd: Mar 17, 2011
                              Form ID: b9a              Total Noticed: 49

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          Stephanie C. Bengford,   Assistant U.S. Attorney,   PO Box 2638,   Sioux Falls, SD  57101-2638
                                                                                      TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 19, 2011**                         **Signature:**     _/s/ Joseph Speetjens_

| | |
|---|---|
| Form B9A (Chapter 7 Individual or Joint Debtor No Asset Case) | Case Number **11–40145** |

# UNITED STATES BANKRUPTCY COURT
## District of South Dakota

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 3/17/11 .

You may be a creditor of the debtor(s). **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

| **Debtor(s):** | |
|---|---|
| George Bagdasarov<br>900 E. 5th St.<br>Sioux Falls, SD 57103 | Lyudmila Yasaman Bagdasarov<br>aka  Lucy Yasaman Bagdasarov<br>900 E. 5th St.<br>Sioux Falls, SD 57103 |
| **Case Number:**<br>11–40145 | **Social Security/Taxpayer ID Numbers:**<br>xxx–xx–6752<br>xxx–xx–6788 |
| **Attorney for Debtor(s):**<br>Jeff G. Giebink<br>809 West 10th Street<br>Suite A<br>Sioux Falls, SD 57104<br>Telephone number:  (605) 334–5272 | **Bankruptcy Trustee:**<br>Lee Ann Pierce<br>Trustee<br>PO Box 524<br>Brookings, SD 57006–0524<br>Telephone number:  605–692–9415 |

### Meeting of Creditors:

Date:  **April 15, 2011**     Time:  **10:00 AM**     Location:  **Suite 300, 314 S. Main Ave., Sioux Falls, SD 57104**

### Presumption of Abuse under 11 U.S.C. § 707(b)

*See "Presumption of Abuse" on reverse side.*
The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts: 6/14/11**

**Deadline to Object to Exemptions:**
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor(s) and the property of the debtor(s). Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult an attorney to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Foreign Creditors
A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| **Address of the Bankruptcy Clerk's Office:**<br>400 S. Phillips Ave., Room 104<br>Sioux Falls, SD 57104–6851<br>Telephone number:  605–357–2400<br>www.sdb.uscourts.gov | **For the Court:**<br>Frederick M. Entwistle<br>Clerk of the Bankruptcy Court |
|---|---|
| Hours Open:       Monday – Friday 8:00 AM – 5:00 PM | Date:  3/17/11 |

### SEE OTHER SIDE FOR IMPORTANT EXPLANATIONS.

# EXPLANATIONS

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362.  Common examples of prohibited actions include contacting the debtor(s) by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor(s); repossessing property of the debtor(s); starting or continuing lawsuits or foreclosures; and garnishing or deducting from wages of the debtor(s).  Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor(s) can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code.  The debtor(s) may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.*  Creditors are welcome to attend, but are not required to do so.  The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors.  *You therefore should not file a proof of claim at this time.*  If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for doing so.  If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor(s) is (are) seeking a discharge of most debts, which may include your debt.  A discharge means that you may never try to collect the debt from the debtor(s).  If you believe the debtor(s) is (are) not entitled to receive a discharge under Bankruptcy Code § 727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must file a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Discharge of Debtor(s) *or* to Challenge Dischargeability of Certain Debts" listed on the front side.  The bankruptcy clerk's office must receive the complaint or motion and any required filing fee by that deadline. |
| Exempt Property | The debtor(s) is (are) permitted by law to keep certain property as exempt.  Exempt property will not be sold and distributed to creditors.  The debtor(s) must file a list of all property claimed as exempt.  You may inspect that list at the bankruptcy clerk's office.  If you believe an exemption claimed by the debtor(s) is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side.  You may inspect all papers filed, including the list of the debtor's(s') property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office.  You may also review them online using CM/ECF (contact the clerk's office for more information regarding CM/ECF). |
| Foreign Creditors | Consult an attorney familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |
| Legal Advice | The staff of the bankruptcy clerk's office cannot give legal advice.  You may want to consult an attorney to protect your rights. |
| **Debtor Identification** | **Important notice to individual debtors:  All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors.  Failure to do so may result in the dismissal of your case.** |

–– Refer to Other Side for Important Deadlines and Notices ––